Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 11−38898−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christopher Lee Molos                     Doreen Marie Pontius−Molos
   841 Palmer Avenue                        841 Palmer Avenue
   Maywood, NJ 07607                    Maywood, NJ 07607

Social Security No.:
   xxx−xx−9854                               xxx−xx−3045

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 6, 2017</u>          <u>John K. Sherwood</u>
                                      Judge, United States Bankruptcy Court