| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher Lee Molos** | Social Security number or ITIN **xxx–xx–9854** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Doreen Marie Pontius–Molos** | Social Security number or ITIN **xxx–xx–3045** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **11–38898–JKS** | | |

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Lee Molos                                    Doreen Marie Pontius–Molos

2/6/17                              **By the court:**     John K. Sherwood
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-38898-JKS
Christopher Lee Molos                                                 Chapter 13
Doreen Marie Pontius-Molos
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3           Date Rcvd: Feb 06, 2017
                             Form ID: 3180W           Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
```
db/jdb        +Christopher Lee Molos,    Doreen Marie Pontius-Molos,   841 Palmer Avenue,
               Maywood, NJ 07607-1719
512414203     +American Dental Center, P.A.,    333 Meadowland Parkway,    Secaucus, NJ 07094-1804
512414207     +Bruce Piekarsky,    PO Box 1006,   Hackensack, NJ 07602-1006
512414199     +Early Warning Services,    8777 E. Hartford Drive, Suite 110,    Scottsdale, AZ 85255-5691
512713656      Educational Credit Management Corp.,    PO Box 16408,    St. Paul, MN 55116-0408
512414200     +Equifax Information Services, KKC,    PO Box 740256,   Atlanta, GA 30374-0256
512414202      Experian,    476 Anton Boulevard,   Costa Mesa, CA 92626
512414216    ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
              (address filed with court:  Forster Garbus & Garbus,    500 Bi-County Blvd,
               Farmingdale, NY 11735)
512414219     +H. Craig Froonjian, D.M.D.,    1 Kinderkamack Road,    Oradell, NJ 07649-2658
512414220      JP Morgan Chase Legal Department,    900 US Highway 9 West,    Suite 600,   Woodbridge, NJ 07095
512433467     +Midland Credit Management, Inc.,    2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
512414227     +North Jersey Oral and Maxillofacial Surg,    315 Cedar Lane,   Teaneck, NJ 07666-3442
512414228     +Nudelman Klemm & Golub, PC,    425 Eagle Rock Avenue,   Roseland, NJ 07068-1787
512414230     +Public Service Gas and Electric,    PO Box 14444,   New Brunswick, NJ 08906-4444
512414226    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  New Jersey Division of Taxation,    PO Box 245,   Trenton, NJ 08695)
512414242     +Vericrest,    Po Box 24610,   Oklahoma City, OK 73124-0610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2017 22:52:32     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2017 22:52:30     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
512723120      EDI: BECKLEE.COM Feb 06 2017 22:28:00     American Express Centurion Bank,
               c/o Becket and Lee LLP,    POB 3001,   Malvern  PA 19355-0701
512414204      EDI: AMEREXPR.COM Feb 06 2017 22:28:00     Amex,   P.O. Box 297871,
               Fort Lauderdale, FL 33329-7871
512425443      EDI: BANKAMER2.COM Feb 06 2017 22:28:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
               Wilmington, DE 19886-5102
512414205     +EDI: BANKAMER2.COM Feb 06 2017 22:28:00     Bank Of America,   Po Box 17054,
               Wilmington, DE 19850-7054
512468867     +E-mail/Text: bcwrtoff@cablevision.com Feb 06 2017 22:53:21     Cablevision,   bankrupcty 3rd fl,
               200 Jericho Quadrangle,   Jericho NY 11753-2701
512414208     +E-mail/Text: bcwrtoff@cablevision.com Feb 06 2017 22:53:21     Cablevision Systems Corp.,
               1111 Stewart Avenue,   Bethpage, NY 11714-3581
512741504     +EDI: OPHSUBSID.COM Feb 06 2017 22:28:00     Candica, LLC,   c/o Weinstein & Riley, P.S.,
               2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
512414209     +EDI: CHASE.COM Feb 06 2017 22:33:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
512524659      EDI: CHASE.COM Feb 06 2017 22:33:00     Chase Bank USA, N.A.,   PO Box 15145,
               Wilmington, DE 19850-5145
512414198     +Fax: 602-659-2196 Feb 06 2017 23:10:57     Chex Systems, Inc.,   Attn:Consumer Relations,
               7805 Hudson Road, Suite 100,   Saint Paul, MN 55125-1703
512414212     +EDI: CIAC.COM Feb 06 2017 22:28:00     Citimortgage Inc,   Po Box 9438,
               Gaithersburg, MD 20898-9438
512414245      EDI: RCSDELL.COM Feb 06 2017 22:33:00     Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682
512453381      EDI: RESURGENT.COM Feb 06 2017 22:33:00     Dell Financial Services L.L.C.,
               c/o Resurgent Capital Services,   PO Box 10390,   Greenville, SC 29603-0390
512423608      EDI: DISCOVER.COM Feb 06 2017 22:28:00     Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH 43054-3025
512414213     +EDI: DISCOVER.COM Feb 06 2017 22:28:00     Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
512661151      EDI: RECOVERYCORP.COM Feb 06 2017 22:28:00     Equable Ascent Financial, LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
512414215     +E-mail/Text: fggbanko@fgny.com Feb 06 2017 22:51:52     Forster Garbus & Garbus,
               7 Banta Place,   Hackensack, NJ 07601-5604
512414217      EDI: RMSC.COM Feb 06 2017 22:28:00     GE Money Bank,   P.O. Box 981430,
               El Paso, TX 79998-1430
512414218      EDI: RMSC.COM Feb 06 2017 22:28:00     Gemb/Jcp,   Po Box 984100,   El Paso, TX 79998
512561763      EDI: RECOVERYCORP.COM Feb 06 2017 22:28:00     Granite Recovery LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
512414196      EDI: IRS.COM Feb 06 2017 22:28:00     Internal Revenue Service,
               Internal Revenue Centralized Insolvency,    Operation,   PO Box 21126,   Philadelphia, PA 19114
512414222     +EDI: RESURGENT.COM Feb 06 2017 22:33:00     Lvnv Funding Llc,   c/o Resurgent Correspondence,
               PO Box 10497,   Greenville, SC 29603-0497
512749350      EDI: BL-CREDIGY.COM Feb 06 2017 22:28:00     Main Street Acquisition Corp,
               Becket and Lee LLP.,   Attorneys/Agent for Creditor,    POB 3001,   Malvern, PA 19355-0701
513858695     +EDI: AIS.COM Feb 06 2017 22:33:00     Midland Funding LLC,   by American InfoSource LP as agent,
               Attn: Department 1,   PO Box 4457,   Houston, TX 77210-4457,   Midland Funding LLC 77210-4457
```

```
District/off: 0312-2          User: admin             Page 2 of 3            Date Rcvd: Feb 06, 2017
                              Form ID: 3180W          Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513858694         EDI: AIS.COM Feb 06 2017 22:33:00     Midland Funding LLC,   by American InfoSource LP as agent,
                  Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
513572545         EDI: AIS.COM Feb 06 2017 22:33:00     Midland Funding LLC,   by American InfoSource LP as agent,
                  PO Box 4457,   Houston, TX  77210-4457
512921860         EDI: PRA.COM Feb 06 2017 22:28:00     Portfolio Recovery Associates, LLC,   POB 41067,
                  NORFOLK, VA 23541
512555944         EDI: PRA.COM Feb 06 2017 22:28:00     Portfolio Recovery Associates, LLC,   c/o Jc Penney,
                  PO Box 41067,   Norfolk VA 23541
512469543         EDI: PRA.COM Feb 06 2017 22:28:00     Portfolio Recovery Associates, LLC,   c/o Lenscrafters,
                  POB 41067,   Norfolk VA 23541
512414229        +EDI: PRA.COM Feb 06 2017 22:28:00     Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
                  Norfolk, VA 23502-4952
512532996         EDI: Q3G.COM Feb 06 2017 22:28:00     Quantum3 Group LLC as agent for,
                  World Financial Network National Bank,   PO Box 788,   Kirkland, WA  98083-0788
513264281         EDI: Q3G.COM Feb 06 2017 22:28:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA 98083-0788
513538088         EDI: RECOVERYCORP.COM Feb 06 2017 22:28:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
512414231        +EDI: NAVIENTFKASMSERV.COM Feb 06 2017 22:28:00      Sallie Mae,   Po Box 9500,
                  Wilkes Barre, PA 18773-9500
512472751        +E-mail/Text: bncmail@w-legal.com Feb 06 2017 22:52:38      TARGET NATIONAL BANK,
                  C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
512414233        +EDI: TDBANKNORTH.COM Feb 06 2017 22:28:00      TD Bank,   9000 Atrium Way,
                  Mount Laurel, NJ 08054-3952
512663897         EDI: TDBANKNORTH.COM Feb 06 2017 22:28:00      TD Bank N.A.,   Attn: Robin Paradis,
                  P.O. Box 9547,   Portland, ME 04112-9547
512414232        +EDI: WTRRNBANK.COM Feb 06 2017 22:28:00     Target Nb,   Po Box 673,
                  Minneapolis, MN 55440-0673
512414238        +EDI: TDBANKNORTH.COM Feb 06 2017 22:28:00      Td Bank N.A.,   1100 Lake St,
                  Ramsey, NJ 07446-1275
512414236        +EDI: TDBANKNORTH.COM Feb 06 2017 22:28:00      Td Bank N.A.,   32 Chestnut St,
                  Lewiston, ME 04240-7799
512732709         EDI: VERIZONEAST.COM Feb 06 2017 22:28:00      Verizon,   PO BOX 3037,
                  Bloomington, IL 61702-3037
512414243        +EDI: VERIZON.COM Feb 06 2017 22:28:00     Verizon Communications,   PO Box 33078,
                  Saint Petersburg, FL 33733-8078
512414244        +EDI: VERIZONWIRE.COM Feb 06 2017 22:28:00      Verizon Wireless,   PO Box 3397,
                  Bloomington, IL 61702-3397
512414246        +EDI: WFNNB.COM Feb 06 2017 22:28:00     Wfnnb/Fashion Bug,   Po Box 182272,
                  Columbus, OH 43218-2272
512414247        +EDI: WFNNB.COM Feb 06 2017 22:28:00     Wfnnb/Tsa,   Po Box 2974,
                  Shawnee Mission, KS 66201-1374
512432566         EDI: Q3G.COM Feb 06 2017 22:28:00     World Financial Network National Bank,
                  Quantum3 Group LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 48

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              Midland Credit Management, Inc.
512414206*     +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
512774819*     +Candica, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
512414210*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
512414211*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
512414214*    ++FORSTER & GARBUS LLP,   60 VANDERBILT MOTOR PARKWAY,   P O BOX 9030,   COMMACK NY 11725-9030
                (address filed with court: Forster Garbus & Garbus,    60 Motor Parkway,   Commack, NY 11725)
512414221*      JP Morgan Chase Legal Department,   900 US Highway 9 West,   Suite 600,   Woodbridge, NJ 07095
512414223*     +Lvnv Funding Llc,   c/o Resurgent Correspondence,   PO Box 10497,   Greenville, SC 29603-0497
512414224*     +Lvnv Funding Llc,   c/o Resurgent Correspondence,   PO Box 10497,   Greenville, SC 29603-0497
513862315*     +Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513862314*      Midland Funding LLC,   by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX  77210-4457
513572546*      Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                 Houston, TX  77210-4457
513574646*      Midland Funding LLC,   by American InfoSource LP as agent,   PO Box 4457,
                 Houston, TX  77210-4457
512414197*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,    PO Box 281,   Trenton, NJ 08695)
512414234*     +TD Bank,   9000 Atrium Way,   Mount Laurel, NJ 08054-3952
512414235*     +TD Bank,   9000 Atrium Way,   Mount Laurel, NJ 08054-3952
512414239*     +Td Bank N.A.,   1100 Lake St,   Ramsey, NJ 07446-1275
512414240*     +Td Bank N.A.,   1100 Lake St,   Ramsey, NJ 07446-1275
512414237*     +Td Bank N.A.,   32 Chestnut St,   Lewiston, ME 04240-7799
512414241*     +Td Bank N.A.,   32 Chestnut St,   Lewiston, ME 04240-7799
512732734*     +Verizon Wireless,   PO BOX 3397,   Bloomington, IL 61702-3397
```

```
District/off: 0312-2         User: admin              Page 3 of 3           Date Rcvd: Feb 06, 2017
                             Form ID: 3180W           Total Noticed: 64

512414201     ##+Transunion,   P.O. Box 6790,   Fullerton, CA 92834-9416
                                                                                TOTALS: 2, * 20, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Joint Debtor Doreen Marie Pontius-Molos sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor Christopher Lee Molos sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
                                                                                             TOTAL: 6
```