UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

ORDER GRANTING MOTION TO REDACT

The relief forth on the following pages, numbered two (2) through___ is ORDERED.

**DATED: March 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>SCHILLER, KNAPP, LEFKOWITZ<br>& HERTZEL LLP<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Joseph G. Devine, Jr., Esq. (ID #031072011)<br>Attorneys for Creditor TD Bank. N.A. | |
| In Re:<br><br>CHRISTOPHER LEE MOLOS<br><br>DOREEN MARIE PONTIUS-MOLOS<br><br>                  Debtors. | Case No.: 11-38898-JKS<br><br>Judge: Hon. John K. Sherwood<br><br>Chapter: 13 |

## ORDER GRANTING MOTION TO REDACT

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 17-1 filed on January 5, 2012 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.

Dated: _____        _____

                                                                                                       **HONORABLE JOHN K. SHERWOOD**

                                                                                                          Judge, United States Bankruptcy Court