UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christopher Lee Molos
Doreen Marie Pontius-Molos

| | |
|---|---|
| Case No.: | 11-38898 |
| Chapter: | 13 |
| Hearing Date: | 3/12/2020 |
| Judge: | Sherwood |

## ORDER GRANTING MOTION TO REDACT

The relief forth on the following pages, numbered two (2) through__ is ORDERED.

**DATED: March 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Joseph G. Devine, Jr., Esq. (ID #031072011)
Attorneys for Creditor TD Bank. N.A.

In Re:

CHRISTOPHER LEE MOLOS

DOREEN MARIE PONTIUS-MOLOS

Debtors.

Case No.: 11-38898-JKS

Judge: Hon. John K. Sherwood

Chapter: 13

## ORDER GRANTING MOTION TO REDACT

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 17-1 filed on January 5, 2012 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.

Dated: _____      _____
**HONORABLE JOHN K. SHERWOOD**
Judge, United States Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Lee Molos  
Doreen Marie Pontius-Molos  
     Debtors  

Case No. 11-38898-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 16, 2020  
                               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
db/jdb       +Christopher Lee Molos,    Doreen Marie Pontius-Molos,    841 Palmer Avenue,    Maywood, NJ 07607-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:  
        Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Scott J. Goldstein    on behalf of Joint Debtor Doreen Marie Pontius-Molos sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
        Scott J. Goldstein    on behalf of Debtor Christopher Lee Molos sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
                                                                                                                        TOTAL: 7